UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUDY STEWART ADAMS,<br><br>    Defendant. | CASE NO. MJ24-003<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Abusive Sexual Contact (8 counts)

<u>Date of Detention Hearing</u>:   January 5, 2024

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant has been charged with an offense involving a victim under the age of

DETENTION ORDER
PAGE -1

18 under 18 U.S.C. Sections 1591.  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant has a two active protection orders currently lodged against him.  His criminal record includes failures to appear.  He does not have a release plan, and has a history of substance abuse and mental health issues, as well as a lack of employment. Some of his background information is unverified.  He poses a risk of danger based on the nature of the instant offense and substance abuse history.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.  If defendant is able to propose a satisfactory release plan, he may ask the Court to review this Detention Order.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 5th day of January, 2024.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3